UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


**In Re**

**Law Office of Jonathan E. Fortman, LLC** )
)
Plaintiffs, )
)
V. )
) Case No. 4:13CV00128 TIA
)
)
)

ORDER


The above-styled case was filed in the Eastern Division of this court on January 21, 2013, and assigned to the Honorable Terry I. Adelman. Because the case is a miscellaneous matter, this case should have been assigned a miscellaneous case number.

IT IS HEREBY ORDERED that the above styled cause will be randomly reassigned as a miscellaneous case and assigned Case No.4:13mc0042 AGF.  The Honorable Audrey G. Fleissig will preside.

Case No. 4:13cv00128 TIA is hereby administratively closed.  Judge Adelman's name will be replaced for future assignment.


Dated this 22nd day of January, 2013.

JAMES  G.  WOODWARD
CLERK OF COURT

By: /s/ Michele Crayton
Deputy In Charge


Please refer to Case No. **4:13mc00042 TIA** in all future matters concerning this case.